[No. 56339-4-I.   Division One.   May 22, 2006.]

SPIRIT OF WASHINGTON, INC., *Appellant,* v. ROBERT SEDA ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-19276-5, Jeffrey M. Ramsdell, J., entered May 31, 2005. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Becker, J.